UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD HANS GILLICH,

Plaintiff,

-against-

STATE OF NEW YORK, et al.,

Defendants.

**ORDER**

26-CV-05551 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff filed a purported motion for temporary restraining order and preliminary injunction on September 28, 2026. (Doc. 38-40). The motion fails to comply with this Court's Individual Practices, in particular Rule 4(F), which concerns applications for injunctive relief, including emergency and/or temporary injunctive relief. The motion is therefore denied without prejudice.

The Clerk of Court is respectfully requested to terminate the motion pending at Doc. 38.

**SO ORDERED.**

Dated: White Plains, New York
October 14, 2026

PHILIP M. HALPERN
United States District Judge